UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE MCDOUGALD,<br><br>                    Plaintiff,<br><br>     v.<br><br>JASON MCKENZIE,<br><br>                    Defendant. | Case No. 3:19-cv-00361-MMD-WGC<br><br>ORDER |

**I.   DISCUSSION**

It appears that Plaintiff is no longer at the address listed with the Court.  *See* ECF Nos. 18, 19 (noting that mail sent to Plaintiff's listed address was undeliverable).  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS  30th  day of September 2020.

*[signature: William G. Cobb]*
UNITED STATES MAGISTRATE JUDGE